UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JAMES SIMS, TERRIE SIMS, NEAL COMEAU, LILIANA COMEAU, JENIFER SIDDAL, JON HOWELL, TERRY DUHON, INDIVIDUALLY AND ON BEHALF OF OTHER'S SIMILARLY SITUATED;**

  *Plaintiffs*,

**v.**

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY,**

  *Defendants*.

Case No. SA-22-CV-00580-JKP

## O R D E R

Before the Court is status of this matter.

On this date, this Court denied Defendants' Motion for Reconsideration and Motion for Certification of Interlocutory Appeal. The parties must file a Joint Advisory regarding the status of their settlement negotiations by September 26, 2025. *ECF No. 186*. On December 9, 2025, Magistrate Judge Bemporad will hold a hearing on Plaintiffs' Motion for Class Certification.

Upon review of the docket, this Court finds the parties have not engaged in meaningful mediation, and the Court finds mediation could be fruitful given the recent rulings and upcoming hearings. Consequently, the Court ORDERS the parties to confer and pick an agreed mediator and complete mediation on or before **November 21, 2025**. The parties shall inform the Court of

the discussed and agreed mediator and proposed mediation dates in the Joint Advisory due September 26, 2025.

Given this current status, pending mediation, and typical uncertainties associated with mediation and potential settlements, the Court finds administrative closure of this case is appropriate.

"The effect of an administrative closure is no different from a simple stay, except that it affects the count of active cases pending on the court's docket; i.e., administratively closed cases are not counted as active." *Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2004) The act of administrative closure is not a dismissal or disposition of the case. If further proceedings become necessary or desirable, any party may initiate such further proceedings by moving to reopen the case. Though administratively closed, the parties may still file documents in the case as may be necessary and remain obligated to comply with the Court's Order to file a Joint Advisory by September 26, 2025.

This Administrative closure will end **on December 2, 2025**, unless the parties present sufficient reason for this status to continue.

For the foregoing reasons, the Court **DIRECTS the Clerk of Court to administratively close this case pending further court order.**

It is so ORDERED.
SIGNED this 23rd day of September, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE